## Commonwealth, Appellant, v. Kocher.

Before STIVELY, JR., J.

Argued September 8, 1975. *Vincent M. Dadamo*, Assistant District Attorney, with him *Timothy H. Knauer*, Assistant District Attorney, and *William H. Lamb*, District Attorney, for Commonwealth, appellant; *Arthur L. Gutkin*, with him *Malcolm W. Berkowitz*, and *Berkowitz and Gutkin*, for appellee.

Order affirmed.

## Commonwealth v. Kocher, Appellant.

Before BODLEY, J.

Argued September 11, 1975. *Malcolm W. Berkowitz*, with him *Berkowitz and Gutkin*, for appellant; *Martin J. King*, Deputy District Attorney, with him *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Mason, Appellant.

Before SHOYER, J.

Argued September 11, 1975. *Elaine DeMasse*, Assistant Defender, with her *Andrea Commaker Levin* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *L. Mason*, with him *Francis C. Barbieri, Jr., Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abra-*